UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WAYNE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Case No.: 1:24-cv-01472 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Doc. 17) |

Larry Wayne Smith and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 17 at 1.) Pursuant to the stipulation, the administrative law judge shall "further evaluate the medical opinions of record in accordance with 20 C.F.R. sections 404.1520c and 416.920c, in particular the social limitations opined by Drs. Pelc and Martinez; [and] reevaluate the claimant's residual functional capacity taking into account all of the opinion evidence and other evidence of record." (*Id.* at 1-2.) In addition, the ALJ shall "offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision." (*Id.* at 2.) The parties also agree the Court should enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*)

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

1

Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. The Clerk of Court is directed to enter judgment in favor of Plaintiff Larry Wayne Smith and against Defendant Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **August 7, 2025**

UNITED STATES DISTRICT JUDGE