1
2
3
4
5
6
7

Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Larry Wayne Smith

8
9
10
11

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

12
13
14
15
16
17
18

Larry Wayne Smith,

     Plaintiff,

     v.

Frank J. Bisignano[1],
COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

Case No.  1:24-cv-01472 JLT HBK

**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; |~~PROPOSED~~| ORDER**

19
20
21
22
23
24

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SIX THOUSAND FOUR HUNDRED AND EIGHTY-FOUR AND 88/100 ($6,484.88) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00) under

25
26
27
28

[1] Frank J. Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

Plaintiff was the prevailing party in this matter and Plaintiff is an individual whose net worth does not exceed $2,000,000 at the time the civil action was filed.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Under Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm, PEÑA & BROMBERG, PC. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff, but delivered to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm, PEÑA & BROMBERG, PC.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel

including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

The parties further agree that the EAJA award is without prejudice to the right of Plaintiff's attorney to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

Respectfully submitted,

Dated: November 5, 2025       _____ /s/ *Jonathan O. Peña* _____
                              JONATHAN O. PEÑA
                              Attorney for Plaintiff

Dated: November 5, 2025       ERIC GRANT
                              United States Attorney
                              MATHEW W. PILE
                              Head of Program Litigation 1
                              Law & Policy
                              Social Security Administration

                        By:  _*_ *James Ki*
                              James Ki
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant
                              (*Permission to use electronic signature
                              obtained via email on November 5, 2025).

1

## |~~PROPOSED~~| ORDER

2

3          Based upon the parties' Stipulation for the Award and Payment of Equal Access

4   to Justice Act Fees and Expenses (the "Stipulation"),

5          **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND

6   FOUR HUNDRED AND EIGHTY-FOUR AND 88/100 ($6,484.88) as authorized by

7   the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the

8   terms of the Stipulation.

9   IT IS SO ORDERED.

10      Dated:   **November 7, 2025**

11                                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-